IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION AT MEMPHIS

---

CODY C. YOUNG and VIRGINIA YOUNG,

    Plaintiffs,

v.     NO. _____

                                                   Jury Demanded

THE PREMCOR REFINING GROUP, INC.
d/b/a VALERO MEMPHIS REFINERY,

    Defendant.

---

## COMPLAINT FOR DAMAGES

---

COME NOW Plaintiffs, Cody C. Young and Virginia Young, and for their Complaint against the Defendant, The Premcor Refining Group, Inc. d/b/a Valero Memphis Refinery (hereinafter "Valero"), state as follows:

### PARTIES

1. Plaintiff, Cody C. Young, is a resident citizen of Bartlett, Shelby County, Tennessee.

2. Plaintiff, Virginia Young, is a resident citizen of Bartlett, Shelby County, Tennessee and the wife of Cody Young.

3. Defendant, The Premcor Refining Group, Inc., is a Delaware corporation doing business in the State of Tennessee as Valero Memphis Refinery.

4. The Premcor Refining Group, Inc.'s registered agent for service of process is CT Corporation System, 800 S. Gay Street, Suite 2021, Knoxville, Tennessee 37929-9710.

5. Upon information and belief, Defendant's principal place of business is located in the State of Texas.

1

## JURISDICTION AND VENUE

6. Jurisdiction of this matter is based on diversity of citizenship pursuant to 28 U.S.C. § 1332(a)(1) and § 1332(c)(1).

7. The amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs and is between citizens of different states.

8. Venue of this matter is controlled by 28 U.S.C. § 1391(a) and (c).

9. All events complained of occurred in Shelby County, Tennessee.

## FACTS

10. Plaintiffs' cause of action arises in tort, as a result of injuries to Cody Young due to the negligence of Defendants on or about September 21, 2005.

11. Defendant, The Premcor Refining Group, Inc., owns and / or operates a business known as Vallero Memphis Refinery, located at 543 West Mallory, Memphis, Tennessee 38109.

12. At all times material hereto, Plaintiff, Cody Young, was employed by Dunbar Pearce Holley Mechanical Contractors, Inc. (hereinafter referred to as "DPH Mechanical") as a steamfitter.

13. Upon information and belief, DPH Mechanical had a contract with Vallero Memphis Refinery to perform installations at the refinery.

14. On or about September 21, 2005, Cody Young entered the Vallero Memphis Refinery to perform an installation.

15. Cody Young was on the Vallero Memphis Refinery premises as a subcontractor.

16. At approximately 10:15 a.m., Cody Young was issued a permit to begin installation of three slip blinds on the refinery's slurry steam generator.

17. Said generator was under the exclusive control of Vallero.

18. Upon being advised by Valero's operations personnel that the generator pipes were drained and it was safe to proceed, Cody Young began the installation process.

19. As Cody Young loosened the bolts on the generator pipes, hot steam and scalding water began blasting out of the pipes and onto Cody Young, seriously injuring him.

20. As a result of being blasted by hot steam and scalding water, Cody Young suffered first- and second-degree burns to his right arm and shoulder, upper back and right thigh.

21. Cody Young's injuries required medical attention.

## CAUSE OF ACTION

## NEGLIGENCE

22. Plaintiffs repeat the allegations contained in paragraphs 1-21 as though set forth verbatim.

23. Defendant and/or its agents and employees were negligent in advising Plaintiff it was safe to begin working on the generator pipes when it knew or should have known of the likelihood of an accident such as that experienced by Cody Young could occur.

24. Defendant and / or its agents and employees owed Plaintiff a duty of care including, but not limited to the exercise of the utmost caution in protecting Plaintiff in such a manner so as to prevent Plaintiff from being harmed by hot steam and scalding water blasting from its generator.

25. Defendant owed Plaintiff a duty of care to ensure that it provided its subcontractors with a reasonably safe work area.

26. The injuries and damages Cody Young suffered were the direct and proximate result of the negligence of Defendant and/or its employees, agents, and servants.

27. The negligence of Defendant was the proximate legal cause of the damages suffered by Plaintiffs, described more fully below.

## PLAINTIFFS' DAMAGES – COMPENSATORY

28. Plaintiffs repeat the allegations contained in paragraphs 1-27 as though set forth verbatim.

29. Due to the actions of Defendant, Cody Young experienced extreme physical pain and suffering.

30. Due to the actions of Defendant, Cody Young was disfigured.

31. Due to the actions of Defendant, Cody Young endured mental suffering, extreme fear, and distress.

32. Due to the actions of Defendant, Cody Young experienced loss of the normal pleasures of life.

33. Due to the actions of Defendant, Cody Young incurred expenses for his medical treatment and other incidental expenses, to-wit:

    Memphis Regional Medical Center        $6,612.84
    TOTAL                                  $6,612.84

34. Due to the actions of Defendant, Cody Young lost earning capacity for a period of time.

35. Due to the actions of Defendant, Virginia Young lost the consortium of her husband for a period of time.

## REQUESTED RELIEF

**WHEREFORE**, Plaintiffs pray for judgment against Defendant as follows:

1. That Plaintiffs be awarded the present cash value of any medical care and treatment that Cody Young will have to undergo;

2. That Plaintiffs be awarded special damages for medical, hospital and doctors' expenses incurred, according to proof;

4

3. That Cody Young be awarded compensatory damages in the amount of Two Hundred and Fifty Thousand Dollars ($250,000.00);

4. That Virginia Young be awarded compensatory damages in the amount of Twenty Five Thousand Dollars ($25,000.00);

5. That Plaintiffs be awarded post-judgment interest as allowed by law;

6. That a jury be empanelled to try the issues when joined; and

7. Such further relief as the Court may deem just and equitable.

Respectfully submitted,

/s/ David A. McLaughlin
TN BPR #15561
Attorney for Plaintiffs
THE COCHRAN FIRM – MEMPHIS
One Commerce Square, 26th Floor
Memphis, Tennessee 38103
(901) 523-1222 Telephone
(901) 523-1999 Facsimile
dmclaughlin@cochranfirm.com